IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES D. MOENCK                                            PETITIONER

V.                NO. 2:05CV00187 GH/JFF

LINDA SANDERS, Warden,                RESPONDENT
FCI - Forrest City

## ORDER

The clerk will serve a copy of the petition and this Order on the respondent and the United States Attorney by regular mail.

The Court directs the respondent to file an answer, motion, or other response to the petition within twenty (20) days after service of this petition, exclusive of the day of service. **The answer, motion, or response must contain a narrative history of proceedings at the trial, appellate, and administrative levels.**

IT IS SO ORDERED this 1st day of August, 2005.

/s/ John F. Forster
UNITED STATES MAGISTRATE JUDGE